UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Betty Rodriguez
_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Mount Sinai Medical Center, Chandra
Matthews, Charlene Spence, Monika Winiarczuk
Shavon Ramnarine, Reshma Kahn
(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant. Addresses should not be included here.)

12 CV 1152

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial: ☐ Yes ☒ No
(check one)

This action is brought for discrimination in employment pursuant to: (check only those that apply)

✓    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
     to 2000e-17 (race, color, gender, religion, national origin).
     *NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a
     Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

___  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§
     621 - 634.
     *NOTE: In order to bring suit in federal district court under the Age Discrimination in
     Employment Act, you must first file a charge with the Equal Employment Opportunity
     Commission.*

___  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 -
     12117.
     *NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act,
     you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity
     Commission.*

✓    New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age,
     race, creed, color, national origin, sexual orientation, military status, sex,
     disability, predisposing genetic chacteristics, marital status).

✓    New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to
     131 (actual or perceived age, race, creed, color, national origin, gender,
     disability, marital status, partnership status, sexual orientation, alienage,
     citizenship status).


RECEIVED
FEB 14 2012
PRO SE OFFICE

Rev. 05/2010                                1

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name Betty Rodriguez
              Street Address 735 Walton AV, F12X
              County, City Bronx, NY 10451
              State & Zip Code New York 10451
              Telephone Number 646-932-4360

B.  List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant     Name Mount Sinai Medical Center
              Street Address One Gustave L. Levy Place
              County, City New York, NY
              State & Zip Code New York 10029
              Telephone Number 212-241-6500

C.  The address at which I sought employment or was employed by the defendant(s) is:

              Employer Mount Sinai Medical Center
              Street Address One Gustave L. Levy Place
              County, City New York, NY
              State & Zip Code New York, NY 10029
              Telephone Number 212-241-6500

II. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

   \_\_\_\_\_   Failure to hire me.

   ✓         Termination of my employment.

   \_\_\_\_\_   Failure to promote me.

   \_\_\_\_\_   Failure to accommodate my disability.

   \_\_\_\_\_   Unequal terms and conditions of my employment.

✓ _____   Retaliation.

_____   Other acts *(specify)*: _____.

*Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

B.  It is my best recollection that the alleged discriminatory acts occurred on: 8-26-11 .
                                                                                *Date(s)*

C.  I believe that defendant(s) *(check one)*:

_____   is still committing these acts against me.

✓ _____   is not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

☒ race  Dominican        ☒ color  Dominican

☐ gender/sex  _____    ☐ religion _____

☒ national origin  Dominican

☐ age.  My date of birth is _____ (Give your date of birth only if you are asserting a claim of age discrimination.)

☐ disability or perceived disability, _____ *(specify)*

E.  The facts of my case are as follow *(attach additional sheets as necessary)*:

I was unfairly terminated due to my national orgin. The following former Co-workers; Monika Winiarczuk, Shavon Ramnarine, Charlene Spence and Reshma Kahn wrote false statements against me in retaliation because they were laid-off from their positions. I was called names from these form Co-workers about my nationality because I am light skin light, Dominican. Upon my termination these workers assumed my position.

*Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.*

III.  **Exhaustion of Federal Administrative Remedies**:

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: September 2011 *(Date)*.

Rev. 05/2010                                   3

B.   The Equal Employment Opportunity Commission *(check one)*:

_____ has not issued a Notice of Right to Sue letter.

____✓____ issued a Notice of Right to Sue letter, which I received on  1/27/12  *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.   Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____ 60 days or more have elapsed.

_____ less than 60 days have elapsed.

## IV.   Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: Wages loss, financial compensation, mental Health condition due to termination.

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  2  day of  13 , 2012.

Signature of Plaintiff    Betty Rodriguez

Address    735 Walton Av, F-12x
Bronx, NY 10451

Telephone Number    646-932-4360

Fax Number *(if you have one)*  _____

| To: | Betty Rodriguez<br>735 Walton Avenue, Apt#F12X<br>Bronx, NY 10451 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2011-03309 | Michael Huber,<br>Investigator | (212) 336-3766 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Kevin J. Berry_  
Kevin J. Berry,  
District Director

JAN 24 2012  
(Date Mailed)

Enclosures(s)

cc: **Respondent:**  
MOUNT SINAI HOSPITAL  
1 Gustave L Levy Place  
New York, NY 10029

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*