EDWARDS WILDMAN PALMER LLP
Rory J. McEvoy
Rachel B. Jacobson
Attorneys for Defendants
The Mount Sinai Hospital and Chandra Matthews
750 Lexington Avenue
New York, New York 10022
212.308.4411
rmcevoy@edwardswildman.com
rjacobson@edwardswildman.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTY RODRIGUEZ,

    Plaintiff,

-against-

MOUNT SINAI MEDICAL CENTER, CHANDRA MATTHEWS, CHARLENE SPENCE, MONICA WINIARCZUK, SHAVON RAMNARINE, RESHMA KAHN,

    Defendants.

12 Civ. 1152 (PKC)(FM)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Rachel B. Jacobson, Esq., hereby enters her appearance in this action as an additional attorney for Defendants The Mount Sinai Hospital and Chandra Matthews.

Date:  New York, New York
       August 10, 2012

                EDWARDS WILDMAN PALMER LLP

                By: s/ Rachel B. Jacobson
                    Rachel B. Jacobson
                    Attorneys for Defendants
                    The Mount Sinai Hospital and Chandra Matthews
                    750 Lexington Avenue
                    New York, New York 10022
                    212.308.4411
                    rjacobson@edwardswildman.com