UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTY RODRIGUEZ,

                                    Plaintiff,

          vs.

MOUNT SINAI MEDICAL CENTER, et al.,

                                    Defendants.

ECF Case

12 Civ. 1152 (PKC)(FM)

**SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2012

FRANK MAAS, United States Magistrate Judge.

          The Court hereby adopts the following Case Management Plan and Scheduling Order:

1.        The initial case management conference in this matter was held on September 21, 2012 at 2:00 p.m. in Courtroom 20A, 500 Pearl Street, New York, New York. Appearances are as follows:

          David Abrams
          290 Broadway
          Suite 1700
          New York, New York 10007
          (212) 897-5811
          *Attorney for Plaintiff*

          Rory J. McEvoy
          Rachel B. Jacobson
          Edwards Wildman Palmer LLP
          750 Lexington Avenue
          New York, New York 10022
          (212) 308-4411
          *Attorneys for Defendants Mount Sinai Hospital (named herein as Mount Sinai Medical Center) and Chandra Matthews*

          M. Todd Parker
          Moskowitz & Book, LLP
          345 Seventh Avenue, 21st Floor
          New York, NY 10001
          212-221-7999
          *Attorneys for Defendants Charlene Spence, Monica Winiarczuk, and Shavon Ramnarine*

1

2.    The issues in this matter are whether (i) Plaintiff was subjected to a hostile work environment because of her race and national origin, and (ii) whether Plaintiff was terminated because of her race and national origin, or if she was terminated for some other legitimate non-discriminatory reason.

3.    The Case Management Plan and Discovery Schedule is as follows:

a.    Plaintiff is to file an Amended Complaint or bring a state court action and seek to discontinue by **October 9, 2012.**

b.    Defendants are to file Answers to the Amended Complaint by **October 30, 2012.**

c.    Plaintiff anticipates deposing (i) Chandra Matthews, (ii) Charlene Spence, (iii) Monica Winiarczuk, (iv) Shavon Ramnarine, (v) Reshma Kahn, and (vi) a representative from Mount Sinai Hospital.

Defendants anticipate deposing (i) Plaintiff and (ii) any treating physician or health care professional identified by Plaintiff.

All depositions shall be completed no later than **February 15, 2013.**

d.    Requests for production shall be served on or before **November 2, 2012.**

e.    The dates for expert reports and depositions are as follows:

i.    Plaintiff will not be retaining any experts in this matter.

ii.    Defendants' expert disclosures, including reports and production of underlying documents, shall be served by **March 1, 2013.**

iii.    The deposition of Defendant's expert shall be completed by **April 1, 2013.**

f.    A telephonic status conference shall be held on **February 1, 2013.**

g.    Discovery shall be completed by **April 1, 2013.**

h.    A settlement conference will be held on **February 15, 2013 at 10 a.m. in Courtroom 20A.**

4.    An order will be required to govern the exchange of documents or taking of testimony that concerns confidential information.

5.    The parties do not anticipate any issues relating to electronically-stored information or the forms in which it is to be produced at this time, but reserve the right to raise such issues with the Court if they arise during the course of the litigation.

6.    There are no other discovery issues at this time as to which counsel were unable to reach an agreement.

7.    Plaintiff does not intend to rely on any expert testimony.

8.    Defendants anticipate that any expert testimony will address Plaintiff's claims for emotional distress damages.

9.    The parties anticipate a four day trial, and a jury has not been requested.

10.   The parties acknowledge that courtesy copies of all motion papers, marked as such, should be submitted to Chambers, even if the papers have been filed electronically.

11.   This Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires.


        SO ORDERED.

DATED:   September 21, 2012
         New York, New York


                                _____
                                      FRANK MAAS
                            UNITED STATES MAGISTRATE JUDGE