(AJSCS

United States District Court
Southern District of New York

Betty Rodriguez,

        Plaintiff,

  - against -              No. 12 cv 1152 (PKC)

Mount Sinai Medical Center et al.,

        Defendants.

It is hereby stipulated and agreed by and between the parties that this matter shall be and hereby is dismissed without prejudice and that the tolls of CPLR Section 205 and/or 28 U.S.C. Section 1367 shall apply.

[continued on next page]

MOSKOWITZ & BOOK, LLP

By:_____
    Chaim B. Book
    M. Todd Parker
345 Seventh Avenue, 21st Floor
New York, New York 10001
Tel: 212-221-7999
Fax: 212-398-8835
cbook@mb-llp.com

Attorneys for Defendants
Shavon Ramnarine and Charlene Spence

EDWARDS WILDMAN PALMER LLP

By: _____
   ~~Rory McEvoy~~ RACHEL JACOBSON
750 Lexington Avenue
New York, New York 10022
Tel: 212-308-4411
Fax: 212-308-4844
rmcevoy@edwardswildman.com

Attorneys for Defendants The Mount Sinai
Hospital and Chandra Mathews

DAVID ABRAMS, ATTORNEY AT LAW

By:_____
    David Abrams
299 Broadway, Suite 1700
New York, New York 10007
Tel: 212-897-5821
Fax: 212-897-5811
dnabrams@gmail.com

Attorneys for Plaintiff

MOSKOWITZ & BOOK, LLP

By: _____ 10/5/12
Chaim B. Book
M. Todd Parker
345 Seventh Avenue, 21st Floor
New York, New York 10001
Tel: 212-221-7999
Fax: 212-398-8835
cbook@mb-llp.com

Attorneys for Defendants
Shavon Ramnaring and Charlene Spence
and monica winiarzcuk

EDWARDS WILDMAN PALMER LLP

By: _____
Rory McEvoy
750 Lexington Avenue
New York, New York 10022
Tel: 212-308-4411
Fax: 212-308-4844
rmcevoy@edwardswildman.com

Attorneys for Defendants The Mount Sinai
Hospital and Chandra Mathews

DAVID ABRAMS, ATTORNEY AT LAW

By: _____
David Abrams
299 Broadway, Suite 1700
New York, New York 10007
Tel: 212-897-5821
Fax: 212-897-5811
dnabrams@gmail.com

Attorneys for Plaintiff

SO ORDERED:
_____
U.S.D.J.

10-9-12